# Court of Appeals
# of the State of Georgia

ATLANTA, October 03, 2025

*The Court of Appeals hereby passes the following order:*

**A26A0456. STEPHEN LAMAR THOMPSON v. CITY OF MILLEN.**

After the Municipal Court of the City of Millen adjudicated Stephen Lamar Thompson guilty of operating a business without a business license, Thompson petitioned the superior court for review. The superior court denied the petition for review and affirmed the conviction. Thompson then filed this direct appeal. We lack jurisdiction.

Appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Thompson's failure to comply with the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/03/2025

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, *Clerk.*